# JAMES C. NEVILLE
**Attorney at Law**
14 Vanderventer Avenue, Suite 115
Post Office Box 1711
Port Washington, New York
Telephone: (516) 883-5905
Fax: (516) 883-9508

---

July 25, 2008

Hon. Denis R. Hurley
Senior United States District Judge
United States Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

   Re: <u>U.S. v. Andre Staley, (U.S. v. Amissah, et al.), 01 Cr. 1295(DRH)</u>

Dear Judge Hurley:

  This letter is to respectfully request a reduction of the sentence of Mr. Staley by two Guideline levels. As the Court is aware, The United States Sentencing Commission enacted Amendment Number 706 which applied retroactively as of March 3, 2008. This Amendment allows for a two-level decrease in a sentence that involves crack cocaine.

  In Mr. Staley's case, which involved crack-cocaine, he was sentenced by Your Honor to 121 months on February 13, 2004. With a two-level reduction of this sentence based upon the above respectful application, I believe Mr. Staley would be released from custody. I urge this Court to re-sentence Mr. Staley to the time he has served thus far in prison.

        Respectfully submitted,
          /s/

        James C. Neville, Esq.


Cc: Clerk of the Court (Via Electronic Filing)

1